Robert Kern, Esq.
Nevada Bar Number 10104
**KERN LAW, Ltd.**
601 S. 6th Street
Las Vegas, NV 89101
(702) 518-4529 phone
(702) 825-5872 fax
Robert@KernLawOffices.com
Attorney for Defendant Jennifer Acosta

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAVIN O'NEILL,<br><br>        Plaintiff,<br><br>vs.<br><br>JENNIFER ACOSTA; and JENPIRE HOLDINGS LLC,<br><br>        Defendants. | Case No.: 2:18-cv-01116-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY** |

      Pursuant to Local Rule 26-1(d) and (e) and Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiff GAVIN O'NEILL and Defendant JENNIFER ACOSTA, by and through their counsel, together stipulate to extend the discovery cut-off, originally set as February 4, 2019, in the stipulated scheduling order filed on August 14, 2018, and change the cut-off to February 22, 2019. As it is a short change, no change of associated deadlines is requested.

      This is the first requested extension of the discovery deadline. This stipulation is made and requested by both parties so that a deposition can be taken of Defendant Acosta. All parties have issued written discovery, and Plaintiff's discovery has been answered, while Defendant's discovery is not yet answered because it is not yet due. If the extension is granted, a deposition of Defendant Acosta will be set for February 18th.

1

Dated: 18 January 2019  KERN LAW, LTD.

/s/ Robert Kern
By: ROBERT KERN
Attorneys for Defendant Jennifer Acosta

Dated: 18 January 2019  DONIGER / BURROUGHS

/s/ Stephen Doniger
By: Stephen M. Doniger, Esq.
Attorneys for Plaintiff Gavin O'Neill

IT IS SO ORDERED:

Dated: 1/22/2019

By: UNITED STATES MAGISTRATE JUDGE