# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GAVIN O'NEILL,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER ACOSTA; and JENPIRE HOLDINGS LLC,<br><br>Defendants. | Case No. 2:18-cv-01116-GMN-GWF<br>*Hon. Gloria M. Navarro Presiding*<br><br>**ORDER ON JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

IT IS SO ORDERED.

Date this __1__ date of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE